## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT MILLER, on
behalf of himself and all
others similarly situated,          ,
                          Plaintiff(s),

CASE NO. C-12-5978-CRB

v.

SOUTHWEST AIRLINES
CO., a Texas corporation,
                                      ,
                          Defendant(s).

STIPULATION AND ~~PROPOSED~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [x] Private ADR *(please identify process and provider)* The parties are open to private mediation pending the outcome of Plaintiff's class certification motion. The parties will then meet and confer regarding timing.

The parties agree to hold the ADR session by:

- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- [x] other requested deadline  Pending outcome of Plaintiff's class certification motion

Dated: February 11, 2013

Attorney for Plaintiff
Keller Grover LLP – Eric Grover

Dated: February 11, 2013

Attorney for Defendant
Baker & McKenzie LLP
Colin H. Murray

CONTINUE TO FOLLOWING PAGE

NDC-ADR6

**[PROPOSED] ORDER**

    X    The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:    February 12, 2013



When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."