| | |
|---|---|
| Colin H. Murray, State Bar No. 159142<br>colin.murray@bakermckenzie.com<br>Christina M. Wong, State Bar No. 288171<br>christina.wong@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802<br>Telephone:     +1 415 576 3000<br>Facsimile:      +1 415 576 3099<br><br>Teresa H. Michaud (*pro hac vice*)<br>teresa.michaud@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>2001 Ross Ave., #2300<br>Dallas, TX 75201<br>Telephone: +1 214 978 3000<br>Facsimile: +1 214 978 3099<br><br>Attorneys for Defendant<br>SOUTHWEST AIRLINES CO. | Todd D. Carpenter, State Bar No. 234464<br>Todd@Carpenterlawyers.com<br>**CARPENTER LAW GROUP**<br>432 West Broadway, 29th Floor<br>San Diego, CA  92101<br>Telephone: +1 619-347-3517<br>Facsmile:   +1 619-756-6990<br><br>Attorneys for Plaintiff<br>JAMIE LUMOS on behalf of herself and others similarly situated<br><br>Eric A. Grover, State Bar No. 136080<br>eagrover@kellergrover.com<br>KELLER GROVER LLP<br>1965 Market Street<br>San Francisco, CA  94103<br>Telephone:  +1 415 543 1305<br>Facsimile:   +1 415 543 7861<br><br>Attorneys for Plaintiff<br>ROBERT MILLER on behalf of himself and all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MILLER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 10,<br><br>    Defendants.<br><br>JAMIE LUMOS on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | **Case No. C-12-05978-CRB**<br>**Case No. C-13-01429-CRB**<br><br>**CLASS ACTIONS -**<br>**Consolidated for Discovery Purposes Only**<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE OF MAY 10, 2013**<br><br>Date:        May 10, 2013<br>Time:        8:30 a.m.<br>Courtroom: 6, 17th Floor<br>Before:      The Hon. Charles R. Breyer |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

726002-v1

CASE NO. C-12-05978-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Robert Miller and Jamie Lumos ("Plaintiffs") and Defendant Southwest Airlines Co. ("Defendant") (collectively the "Parties") in the above-captioned cases, by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, during the Case Management Conference held on April 29, 2013, the Court set the next Case Management Conference for May 10, 2013;

WHEREAS, during the April 29, 2013 Case Management Conference, the Court suggested that counsel explore an early resolution of the above-captioned cases;

WHEREAS, following the April 29, 2013 Case Management Conference, the Parties met and conferred and agreed to pursue an early resolution of this dispute in the two captioned cases through private mediation;

WHEREAS, the Parties are jointly recommending the Court continue the May 10, 2013 Case Management Conference for at least 90 days so that the Parties may concentrate their efforts exclusively on settlement;

WHEREAS, the Parties are jointly requesting the Court stay all proceedings and discovery between the Parties until the next Case Management Conference, pending the outcome of the mediation;

WHEREAS, the Parties have agreed to report back to the Court promptly upon conclusion of the mediation to notify the Court of the status of their settlement negotiations.

**IT IS HEREBY STIPULATED AND AGREED** between the Parties as follows:

1. The Parties have agreed to mediation of the above-captioned cases within the next 90 days, the Case Management Conference, presently set for May 10, 2013, shall be rescheduled by the Court to a date at least 90 days from that date;

2. All proceedings and discovery between the Parties shall be stayed until the new Case Management Conference date;

3. Upon the selection and scheduling of the mediation, the Parties shall provide that information to the Court; and

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

726002-v1

1

CASE NO. C-12-05978-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

4. Upon completion of the mediation, the Parties shall report back to the Court with the status of their settlement negotiations.

**IT IS SO STIPULATED.**

Dated:    May 6, 2013                           Respectfully submitted,

                                                **BAKER & McKENZIE LLP**
                                                Colin H. Murray
                                                Christina M. Wong
                                                Teresa H. Michaud


                                                By: /s/ Colin H. Murray
                                                        Colin H. Murray

                                                Attorneys for Defendant
                                                SOUTHWEST AIRLINES CO.

Dated:    May 6, 2013                           **CARPENTER LAW GROUP**
                                                Todd D. Carpenter


                                                By: /s/ Todd D. Carpenter
                                                        Todd D. Carpenter

                                                Attorneys for Plaintiff
                                                JAMIE LUMOS
                                                on behalf of herself and others similarly situated.

Dated:    May 6, 2013                           **KELLER GROVER LLP**
                                                Eric A. Grover


                                                By: /s/ Eric Grover
                                                        Eric A. Grover

                                                Attorneys for Plaintiff
                                                ROBERT MILLER
                                                on behalf of himself and others similarly
                                                situated.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

726002-v1

## ATTESTATION

I, Colin H. Murray, attest that I am one of the attorneys for Defendant Southwest Airlines Co., and as the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

I further attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: May 6, 2013                            /s/ Colin H. Murray
                                              Colin H. Murray

## ORDER

PURSUANT TO THE STIPULATION, the following is ORDERED:

1. The Case Management Conference, presently set for May 10, 2013, shall be rescheduled by the Court to <u>August 16, 2013</u> at 8:30 a.m.;

2. The Parties shall inform the Court of the mediator selected and the mediation date by May 20, 2013;

2. All proceedings and discovery between the Parties shall be stayed until the day after the next Case Management Conference; and

3. Within five court days of the completion of the mediation, the Parties shall report back to the Court with the status of their settlement negotiations.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

Date: May 8, 2013

_____
The Honorable Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

726002-v1

3

CASE NO. C-12-05978-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE