COLIN H. MURRAY (SBN 159142)
colin.murray@bakermckenzie.com
CHRISTINA M. WONG (SBN 288171)
christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th floor
San Francisco, CA  94111-3802
Telephone:   (415) 576-3000
Facsimile:    (415) 576-3099

TERESA H. MICHAUD (Admitted *pro hac vice*)
teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
2001 Ross Avenue, Suite 2300
Dallas, TX  75201
Telephone:   (214) 978-3000
Facsimile:    (214) 978-309

*Attorneys for Defendant*
SOUTHWEST AIRLINES CO.

ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:   (415) 543-1305
Facsimile:    (415) 543-7861

*Attorneys for Plaintiff*
ROBERT MILLER on behalf of
himself and others similarly situated

TODD D. CARPENTER (SBN 234464)
todd@carpenterlawyers.com
**CARPENTER LAW GROUP**
432 West Broadway, 29th Floor
San Diego, CA  92101
Telephone:   (619) 347-3517
Facsimile:    (619) 756-6990

*Attorneys for Plaintiff*
JAMIE LUMOS on behalf of herself and
others similarly situated

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No:  C-12-5978-CRB<br><br><u>CLASS ACTIONS</u><br><br>CONSOLIDATED FOR DISCOVERY PURPOSES ONLY<br><br>**STIPULATION AND ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF AND SHORTENING TIME FOR HEARING**<br>**[Local Rules 6-2 and 7-12]** |
| JAMIE LUMOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C-13-1429-CRB<br><br><br><br>Ctrm:   6, 17th Floor<br>Judge:  The Honorable Charles R. Breyer |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs ROBERT MILLER and JAMIE LUMOS ("Plaintiffs") and Defendant SOUTHWEST CO. ("Defendant") (collectively the "Parties") in the above-captioned actions, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached a class action settlement that Plaintiffs will present to the Court for preliminary approval;

WHEREAS, Plaintiffs intend to file the unopposed motion for preliminary approval of the class action settlement on Friday, September 13, 2013;

WHEREAS, because Local Rule 7-2(a) requires a minimum of not less than 35 days from the date a motion is filed to set a hearing date, the earliest hearing date permitted under that rule is October 18, 2013;

WHEREAS, Counsel for Plaintiff Miller is unavailable on October 18, 2013 due to a scheduling conflict;

WHEREAS, the Court's scheduling notes indicate that the Court is unavailable on October 25, 2013;

WHEREAS, the Parties have agreed that delaying the preliminary approval hearing until November is not in the best interest of the parties;

WHEREAS, the next case management conference is scheduled on October 11, 2013;

WHEREAS, counsel for the Parties are available on October 11, 2013;

WHEREAS, the Parties have agreed that October 11, 2013, which will be 28 days from the anticipated September 13, 2013 motion filing and service date, is a reasonable and appropriate date for the hearing; and

WHEREAS, Plaintiff has filed a motion for administrative relief seeking an order shortening the time for hearing of the motion for preliminary approval to not less than 28 days from the date the motion is served;

///

///

///

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax. 415.543.7861

STIPULATION & [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF & SHORTENING TIME
1
CASE NO. C-12-5978-CRB
CASE NO. C-13-1429-CRB

**IT IS STIPULATED AND AGREED** between the Parties that:

1. Plaintiffs' motion for administrative relief should be GRANTED and the time for hearing of Plaintiffs' unopposed motion for preliminary approval of the class action settlement should be SHORTENED to not less than 28 days from the date the motion is served and set for hearing on October 11, 2013.

**IT IS SO STIPULATED.**

Dated: September 12, 2013         **KELLER GROVER LLP**


By: /s/ *Eric A. Grover*
     ERIC A. GROVER

Attorneys for Plaintiff
ROBERT MILLER and the Proposed Class

Dated: September 12, 2013         **GAINES & GAINES APLC**


By: /s/ *Daniel F. Gaines*
     DANIEL F. GAINES

Attorneys for Plaintiff
ROBERT MILLER and the Proposed Class

Dated: September 12, 2013         **CARPENTER LAW GROUP**


By: /s/ *Todd D. Carpenter*
     TODD D. CARPENTER

Attorneys for Plaintiff
JAMIE LUMOS and the Proposed Class

Dated: September 12, 2013         **BAKER & McKENZIE LLP**


By: /s/ *Colin H. Murray*
     COLIN H. MURRAH
     TERESA H. MICHAUD

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax. 415.543.7861

STIPULATION & [PROPOSED] ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF & SHORTENING TIME    2    CASE NO. C-12-5978-CRB
CASE NO. C-13-1429-CRB

**ATTESTATION**

I, ERIC A. GROVER, am counsel for Plaintiff Robert Miller. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories and that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: September 12, 2013          **KELLER GROVER LLP**

By: /s/ Eric A. Grover
    ERIC A. GROVER

Attorneys for Plaintiff
ROBERT MILLER and the Proposed Class

**ORDER SHORTENING TIME FOR HEARING**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for administrative relief is GRANTED and the time for hearing of the motion for preliminary approval of the class action settlement is SHORTENED to not less than 28 days from the date of service of the motion, rather than the 35-day minimum time required under Local Rule 7-2(a).

2. Motion and case management conference set for hearing on October 11, 2013 at 10:00 a.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: September 16, 2013

THE HONORABLE CHARLES R. BREYER
Judge of the United States District Court



KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax. 415.543.7861